

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00508-CV

David **MARTINEZ**,
Appellant

v.

Damon **MARTINEZ**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2024CV04688
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: October 9, 2024

DISMISSED

Appellant has filed a motion to dismiss this appeal. Appellee has not filed any opposition to the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant. *See id.* R. 42.1(d).

PER CURIAM